# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

127576

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID ANTHONY WHEETLEY,
        Defendant-Appellant.

SC: 127576
COA: 249237
Newaygo CC: 02-007676-FC

_____/

      On order of the Court, the application for leave to appeal the October 28, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

s0919